IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAVID BAUER,**

*Plaintiff,*

vs.   Case No. 8:14-cv-03036-VMC-EAJ.

**STELLAR RECOVERY, INC.,**

*Defendant.*
_____/

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the 19th day of May, 2015, in favor of DAVID BAUER and against STELLAR RECOVERY, INC. in the amount of $20,000.00, and said judgment having fully been paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Respectfully submitted this 24th day of September 2015, by:

_____
Christina M. Cowart
Florida Bar # 27644
**SERAPH LEGAL, P.A.**
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
(813) 567-1230
CCowart@SeraphLegal.com
Attorneys for Plaintiff

STATE OF FLORIDA            )

COUNTY OF HILLSBOROUGH      )

The foregoing instrument was acknowledged before me on 24 September 2015, by CHRISTINA COWART of SERAPH LEGAL, P.A., as the Plaintiff's attorney in the above titled-action, who is personally known to me or who produced FL Drivers License as identification and who (did)/did not take an oath.

WITNESS my hand and official seal, on 24 September 2015.

*Alex B Boody*
Alex Bryce Boody
Notary Public, State of Florida

My Commission expires: 8/19/2019

Alex Bryce Boody
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF910991
Expires 8/19/2019