UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BAUER,

           Plaintiff,

      v.

STELLAR RECOVERY, INC.,

           Defendant.
_____/

Case No.: 8:14-CV-03036-VMC-EAJ

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, STELLAR RECOVERY, INC.

COMES NOW Plaintiff, DAVID BAUER, and Defendant, STELLAR RECOVERY, INC., by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted this 13th day of October, 2015

| | |
|---|---|
| *Christina M. Cowart* | *Ernest H. Kohlmyer, III* |
| Christina M. Cowart, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 27644 | Florida Bar No. 110108 |
| ccowart@seraphlegal.com | Urban, Thier & Federer, P.A. |
| Seraph Legal, P.A. | SunTrust Center |
| 2002 E. 5th Avenue, Suite 104 | 200 S. Orange Avenue, Suite 2000 |
| Tampa, FL 33605 | Orlando, FL 32801 |
| Telephone: (813) 567-1230 | Telephone (407) 245-8352 |
| *Attorneys for Plaintiff* | Facsimile (407) 245-8361 |
| | kohlmyer@urbanthier.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **October 13, 2015,** via the Court Clerk's CM/ECF system which will provide notice to the following:  Christina M. Cowart, Esquire of the Law Firm of Seraph Legal, P.A., at ccowart@seraphlegal.com (Attorneys for Plaintiff).

> */s/ Ernest H. Kohlmyer, III*
> Ernest H. Kohlmyer, III, Esq., LL.M.
> Florida Bar No.: 110108
> Email: kohlmyer@urbanthier.com
> Urban, Thier & Federer, P.A.
> 200 S. Orange Avenue, Suite 2000
> Orlando, FL  32801
> Telephone: (407) 245-8352
> Fax: (407) 245-8361
> Attorneys for Defendant